THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM SHERMAN, Appellant.

(Submitted May 22, 1936; decided June 5, 1936.)

*Howard Hilton Spellman* for appellant.

*William Copeland Dodge, District Attorney* (*Ambrose J. Delehanty* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.